## No. 14,772.

### CONTE v. THE PEOPLE.
(102 P. [2d] 1118)

Decided May 27, 1940.

Judgment affirmed en banc on application for supersedeas without written opinion, Mr. Chief Justice Hilliard not participating.

Messrs. MOFFETT & HITCHCOCK, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. GERALD E. McAULIFFE, Assistant, for the people.